| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0648 1:17CR00108 (1) |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)*<br>**1:20-cr-00175(WFK)** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Ohio Southern | DIVISION<br>Cincinnati |
|---|---|---|
| Michael   Chan<br><br>Bayside, NY 11361 | NAME OF SENTENCING JUDGE<br>Susan J. Dlott, U.S. District Court Judge | |

| | DATES OF<br>SUPERVISED RELEASE | FROM<br>4/9/2020 | TO<br>4/8/2023 |
|---|---|---|---|

**OFFENSE**

Cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Southern _____ DISTRICT OF _____ Ohio _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of New York _____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 7, 2020
_____
*Date*

*Susan J. Dlott*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ New York _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/8/2020
_____
*Effective Date*

S/William F. Kuntz, II
_____
United States District Judge