

May 8, 2020

**MEMORANDUM**

To:          Douglas C. Palmer, Clerk of the Court

From:       Brian J. Kelly, Senior U.S. Probation Officer

Re:          CHAN, MICHAEL - Transfer of Jurisdiction

Reference is made to the above-captioned person under supervision who was originally sentenced in the Southern District of Ohio. Please assign a docket number and Judge to this case and have the Judge sign the transfer forms in the appropriate section. Please execute Part 2 (Order Accepting Jurisdiction) on two originals.  The originals should be returned to the Southern District of Ohio whose Clerk of the Court will proceed with the transfer of jurisdiction and will send certified copies of the Indictment and the Judgment and Commitment Order to you.

attachments